IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LUIS DE LA CRUZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-16-304-C |
| | ) | |
| JOHN B. FOX, Warden of Oklahoma Transfer Center, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Although the facts and law set out in the Report and Recommendation of April 25, 2016 (Dkt. No. 14), are correct, Petitioner has since paid the filing fee. Accordingly, the Court declines to adopt the Report and Recommendation, and the case, with all pending motions, is again referred to the Magistrate Judge consistent with the earlier Order of Referral.

IT IS SO ORDERED this 17th day of May, 2016.

ROBIN J. CAUTHRON
United States District Judge